# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:22-MJ-01670 KJM |
| CASE NAME: | United States of America v. Rene Gamez, Jr. |
| ATTY FOR PLA: | Margaret C. Nammar, AUSA |
| ATTY FOR DEFT: | Maximilian J. Mizono, FAPD |
| U.S. Pretrial Officer: | Diane Arima-Linscott |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | C6 FTR |
| DATE: | 09/22/2022 | TIME: | 10:55 - 11:00 |

COURT ACTION: EP: INITIAL APPEARANCE (RULE 5 OUT) as to Defendant Rene Gamez, Jr. held.

Defendant is present and in custody.

Defendant sworn to the financial affidavit and request for court appointed attorney is granted. Maximilian Mizono and the Office of the Federal Public Defender are appointed as counsel for defendant.

Defendant waived the identity hearing and production of the warrant, preliminary hearing and submitted to detention in the District of Hawaii however, preserves his rights to a detention hearing in the charging district. Waiver of Rule 5 & 5.1 Hearings filed.

The Court orders the United States to comply with its disclosure obligations under Brady v. Maryland and its progeny. Failing to timely do so may result in consequences such as sanctions, adverse jury instructions, exclusion of evidence, and dismissal of charges. This order incorporates the provisions of the Court's February 1, 2021 General Order Regarding Rule 5(F).

Defendant request for Detention.

Detention hearing is set fr September 27, 2022 at 10:30 a.m. before Magistrate Judge Kenneth J. Mansfield in Courtroom 6.

Defendant remanded to the custody of the United States Marshals Service.

*Submitted by: Bernie Aurio, Courtroom Manager*