CJA-23 (Rev 3/21)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
SEP 22 2022
at 11 o'clock and ___ min. __M
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES** ☑ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify Below)

**IN THE CASE OF** USA v. Rene Gamez, Jr.

FOR: USDC
AT: Hawaii

LOCATION NUMBER: ___

**PERSON REPRESENTED** (Show your full name): Rene Gamez, Jr.

1. ☑ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate Judge: 22-1670-KJM
District Court:
Court of Appeals:

**CHARGE/OFFENSE** (Describe if applicable & check box →): Structuring ☑ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
- Do you have a job? ☑ Yes ☐ No
- IF YES, how much do you earn per month? 4,000
- Will you still have a job after this arrest? ☑ Yes ☐ No ☐ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ | |
| Car/Truck/Vehicle | $ | |
| Boat | $ | |
| Stocks/bonds | $ Stocks | 10,000 |
| Other property | $ | |

**CASH & BANK ACCOUNTS**
- Do you have any cash, or money in savings or checking accounts? ☑ Yes ☐ No
- IF YES, give the total approximate amount after monthly expenses $ 3000

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? 3

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ 1500 | $ |
| Groceries | $ 1000 | $ |
| Medical expenses | $ | $ |
| Utilities | $ 500 | $ |
| Credit cards | $ | $ |
| Car/Truck/Vehicle | $ 700 | $ |
| Childcare | $ | $ |
| Child support | $ 500 - 1000 | $ |
| Insurance | $ | $ |
| Loans | $ | $ |
| Fines | $ | $ |
| Other | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

_____
SIGNATURE OF DEFENDANT
(OR PERSON SEEKING REPRESENTATION)

Date: 9/22/22